# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LARRY SANDERS, et al.,

                 Plaintiffs,

vs.

ESURANCE INSURANCE SERVICES, INC., et al.,

                 Defendants.

Case No. 2:13-cv-00652-JCM-CWH

**ORDER**

This matter is before the court on Plaintiff Larry Sanders Application to Proceed *In Forma Pauperis* (#1), filed April 17, 2013. This matter is also before the Court on Plaintiffs' Motion to Waive Court Filing Fees (#2), filed April 17, 2013. Plaintiff seeks to proceed in this action *pro se*, and has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*.

Plaintiff has submitted an incomplete Application to Proceed *In Forma Pauperis*. Plaintiff has not responded fully to question 3 by failing to identify the source and extent of income received in the past 12 months. Moreover, it does not appear Plaintiff has provided full and complete responses to the questions set forth in the application. For example, Plaintiff lists his address as an apartment but lists no expenses under question 6. Plaintiff is advised that he must answer each question completely and accurately. Failure to do so will result in a recommendation that the application being denied.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiff Larry Sanders Application to Proceed *In Forma Pauperis* (#1) is **denied without prejudice**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion to Waive Court Filing Fees (#2) is **denied without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail Plaintiffs blank applications, and Plaintiffs shall have until **May 24, 2013,** in which to submit the completed application or pay the

1  $350.00 filing fee.  Failure to comply with this order will result in a recommendation that this action be
2  dismissed.
3      **IT IS FURTHER ORDERED** that the Clerk of Court shall retain Plaintiffs' Complaint.
4      Dated: April 29, 2013.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge