# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LARRY SANDERS, et al.,<br><br>                  Plaintiffs,<br><br>vs.<br><br>ESURANCE INSURANCE<br>SERVICES, INC., et al.,<br><br>                  Defendants. | Case No. 2:13-cv-00652-JCM-CWH<br><br>**ORDER** |

This matter is before the Court on Plaintiffs' Motion for Fair and Speedy Trial (#10), filed June 28, 2013. It is not entirely clear what Plaintiffs are requesting, but it appears they request that this matter either be set for trial or default entered. Neither request is appropriate in light of the recommendation that the case be dismissed. *See* Report and Recommendation (#9). Plaintiffs have filed an objection to the recommendation. *See* (#11). Plaintiffs are instructed not to file additional motions until the recommendation and objection thereto have been resolved. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Fair and Speedy Trial (#10) is **denied without prejudice**.

Dated: July 9, 2013.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge